UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>vs.<br><br>ROOSEVELT JONES,<br><br>          Defendant. | 2:96-CR-00200-PMP-LRL<br><br>**ORDER** |

On January 10, 2011, the Court conducted a Revocation of Supervised Release as to Defendant Roosevelt Jones, and good cause appearing,

**IT IS ORDERED that** Defendant Jones' supervision is modified as follows: Defendant shall reside at the halfway house for a period of six months and will comply with all conditions previously imposed. The parties will agree on the actual report date, which shall be accomplished on or before February 9, 2011. Defendant is continued on present terms of release.

DATED: February 8, 2011.

PHILIP M. PRO
United States District Judge