UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

UNITED STATES OF AMERICA,        )
                                 )
      Plaintiff,                  )      **O R D E R**
                                 )
vs.                              )      2:96-CR-200-PMP-LRL
                                 )
ROOSEVELT JONES,                 )
                                 )
      Defendant.                  )
_____)

      The Court has ordered that the defendant's "Motion To Reduce Sentence (USSC Retroactive Amendment 706)[124] be referred to the Federal Public Defender for representation, Therefore;

      IT IS HEREBY ORDERED that the Federal Public Defender is appointed as counsel for all proceedings regarding the defendant's "Motion to Reduce Sentence (USSC Retroactive Amendment 706).

      DATED: December 27, 2011.

_____
PHILIP M. PRO, UNITED STATES DISTRICT JUDGE